UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Chambers of

**Joseph A. Dickson**

United States Magistrate Judge

Martin Luther King, Jr. Federal Bldg.

& U.S. Courthouse

50 Walnut Street

Newark, New Jersey 07102

(973-645-2580)

## LETTER ORDER

September 9, 2013

*All counsel of record via ECF*

Re: CUOZZO SPEED TECHNOLOGIES LLC v. GARMIN INTERNATIONAL INC. et al
Civil Action No.: 12-3623 (CCC) (JAD)
CUOZZO SPEED TECHNOLOGIES LLC v. GENERAL MOTORS COMPANY
Civil Action No.: 12-3624 (CCC) (JAD)
CUOZZO SPEED TECHNOLOGIES LLC v. JVC AMERICAS CORPORATION
Civil Action No.: 12-3625 (CCC) (JAD)
CUOZZO SPEED TECHNOLOGIES LLC v. TOMTOM, INC and MAZDA MOTOR OF AMERICA, INC., et al
Civil Action No.: 12-3626 (CCC) (JAD)

Dear Counsel:

This Letter Order shall address the question raised at the September 5, 2013 status conference (the "Status Conference") regarding the possibility of a limited summary judgment motion to be heard before the Honorable Claire C. Cecchi, U.S.D.J.

Judge Cecchi and I spoke about the matter and she agrees that Defendants, TomTom, Inc and Mazda Motor of America, Inc, may file a summary judgment motion to determine the construction and resulting consequences thereof with respect to the claim term "to delineate which

speed readings are in violation of the speed limit at a vehicle's current location". (Opening Claim Construction Br. 9, ECF No. 60, Docket 12-cv-3626). The parties agreed[1] at the Status Conference that the construction of that term may be case dispositive in the Tom Tom Inc, matter. Other parties indicated the claim term, *supra*, may be or is in dispute, but were unable to affirmatively state at this time if such would be case dispositive for each of them.

As we discussed, Judge Cecchi also insists that all other parties, in all other cases, move on and brief this issue in their respective cases. The motions will be heard and decided together. It is understood that there are different claims and defenses at issue, but Judge Cecchi will rule on this claim term only once.

The motion on this issue shall be filed no later than September 30, 2013.

**SO ORDERED**

*[signature]*<br>JOSEPH A. DICKSON, U.S.M.J.

cc: Hon. Claire C. Cecchi, U.S.D.J.

---

[1] Plaintiff disagreed with this issue's analysis by Defendant, TomTom, Inc., but agreed that summary judgment on this term, and at this time, is appropriate.